FILED

11/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0055

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0055

_____

DENNIS DEE MCDONALD as a general
partner, managing partner and limited partner of
the OPEN SPEAR RANCH FAMILY
LIMITED PARTNERSHIP,

      Counter-Defendant and Appellant,

  v.

SHARON MCDONALD, as a general partner,
managing partner and limited partner, KELLY
MCDONALD FRASER, as a limited partner,
COURTNEY MCDONALD, as a limited partner;
and CASEY MCDONALD, as limited partner,
OPEN SPEAR RANCH FAMILY LIMITED
PARTNERSHIP,

      Counterclaimants and Appellees.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 16 2022